✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
          Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LEE, ALEXANDERIA M | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br>CM/ECF Case No. 4:26-PO-00147-AGH |

Case No.   GM1   E2279369 and

USM No.   E2279370

_____
Defendant's Attorney

**THE DEFENDANT:** LEE, ALEXANDERIA M

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-48 | FAILURE TO MAINTAIN LANE | 02/09/2026 | 1 |
| OCGA § 40-2-8 | EXPIRED REGISTRATION | 02/09/2026 | 2 |

☑ Count(s)   1 & 2 _____   ☐ is   ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   3207

Defendant's Year of Birth:   1997

City and State of Defendant's Residence:
FORT BENNING, GA

05/20/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

05/20/2026
_____
Date